# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **Plaintiff,** | ) | 8:08CR50 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| **THOMAS GELLATLY,** | ) | |
| | ) | |
| **Defendant.** | ) | |

This matter is before the court on the motion of defendant Thomas Gellatly (Gellatly) to modify the conditions of his release (Filing No. 20). The motion is granted to the extent that Gellatly will be placed on a curfew requiring on electronic monitoring and his remaining in his residence from 10:00 p.m. to 10:00 a.m. with Gellatly providing his Pretrial Services Officer with an advance itinerary of Gellatly's whereabouts when he is away from his residence. Gellatly's Pretrial Service Officer may restrict Gellatly's movements when he is away from his residence.

**IT IS SO ORDERED.**

DATED this 9th day of May,2006.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge