IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | Case No. 8:08CR50 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER TO WITHDRAW |
| ) | EXHIBITS |
| ) | |
| THOMAS GELLATLY, ) | |
| Defendant. ) | |

Pursuant to NECivR 79.1(f) or NECrimR 55.1(g), counsel for parties are ordered to withdraw the following exhibits previously submitted in this matter within 15 calendar days of the date of this order:

Defendant Exhibits 1,2,3 / Sentencing held 12/10/08

If counsel fail to withdraw these exhibits as ordered, counsel will be ordered to show cause why sanctions should not be imposed.

IT IS SO ORDERED.

DATED this 16th day of December, 2008.

s/ Joseph F. Bataillon
United States District Judge