IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR50 |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| THOMAS GELLATLY, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Before the court is defendant's Motion to Extend Self-Surrender Date (Filing No. 54). After considering the matter, the court will grant the motion.

IT IS ORDERED that defendant's Motion to Extend Self-Surrender Date (Filing No. 54) is granted.  Defendant is ordered to report **on May 26, 2009**, to FCI Beaumont Low, 5560 Knauth Road, Beaumont, Texas.

DATED this 20th day of February, 2009.

BY THE COURT:

s/ Joseph F. Bataillon
Chief District Judge